UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. 2007 SEP 25 AM 10: 36 |
| Plaintiff, ) | '07 MJ 2310 |
| v. ) | COMPLAINT FOR VIOLATION OF |
| Manuel NUNEZ-Pantoja, ) | Title 8, U.S.C., Section 1326 |
| AKA: Anastacio NUNEZ-Pantoja ) | Deported Alien Found in the United States |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **September 23, 2007** within the Southern District of California, defendant, **Manuel NUNEZ-Pantoja, AKA Anastacio NUNEZ-Pantoja,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25th DAY OF **SEPTEMBER, 2007**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
**Manuel NUNEZ-Pantoja**
AKA: Anastacio NUNEZ-Pantoja

## PROBABLE CAUSE STATEMENT

On September 23, 2007, Senior Patrol Agent J. Zuniga and A. Torres were working near the Tecate, California Port of Entry. At approximately 7:40 p.m., Agent Zuniga was informed of several sensor activations nine miles east and ¼ mile north of the Tecate, California Port of Entry. Agent Torres arrived at the location and noticed fresh foot prints heading north. Agent Zuniga waited for the group north of Agent Torres' location. After approximately ten minutes, Agent Zuniga observed a group of three individuals approaching his location. Agent Zuniga was able to see the foot-guide telling the group to sit on the ground. Agent Zuniga approached the group and identified himself as a Border Patrol Agent and questioned the three individuals as to their citizenship. The three individuals, including one later identified as the defendant **Manuel NUNEZ-Pantoja a.k.a. Antastacio NUNEZ-Pantoja**, admitted that they were undocumented immigrants from Mexico illegally present in the United States. The three individuals were arrested and transported to the Tecate Processing Center.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **September 1, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights, which he stated he understood and was willing to answer questions without having an attorney present. The defendant freely admits that he is a citizen and national of Mexico illegally present in the United States. The defendant stated that he entered the United States by crossing the International Border line east of Tecate, California.