FILED

OCT 3 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 CR 2951 JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                    )<br>              Plaintiff, )<br>                    )<br>     v.             )<br>                    )<br> MANUEL NUNEZ-PANTOJA, )<br> AKA: Anastacio Nunez-Pantoja, )<br>                    )<br>              Defendant. )<br> _____) | Criminal Case No. _____<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1326(a)<br>and (b) - Deported Alien Found<br><br>in the United States<br>(Felony) |

The United States Attorney charges:

On or about September 23, 2007, within the Southern District of California, defendant MANUEL NUNEZ-PANTOJA, AKA: Anastacio Nunez-Pantoja, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

ABC:drh:San Diego
10/04/2007

1    It is further alleged that defendant MANUEL NUNEZ-PANTOJA,

2  AKA: Anastacio Nunez-Pantoja was removed from the United States

3  subsequent to April 9, 2001.

4    DATED: _10/30/07_____.

5                                   KAREN P. HEWITT
                                     United States Attorney
6

7

8                                   AARON B. CLARK
                                     Assistant U.S. Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28