AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

AKA MANUEL NUNEZ-PANTOJA,
AKA Anastacio Nunez-Pantoja
IN

**WAIVER OF INDICTMENT**

CASE NUMBER:

**FILED**
NOV 1 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, MANUEL NUNEZ-PANTOJA, AKA Anastacio Nunez-Pantoja, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/16/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER